# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 16-CR-1695-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING UNOPPOSED** |
| v. | ) | **MOTION FOR ENLARGEMENT OF** |
| | ) | **BOND TO PERMIT TRAVEL** |
| DAVID LEPPO, | ) | **OUTSIDE THE UNITED STATES** |
| | ) | |
| Defendant. | ) | |

It is ordered that the travel restrictions imposed as a condition of pretrial release are modified for the enlargement of bond to permit defendant David Leppo to travel outside the United States for business purposes between the dates of 11 March 2020 to 19 March 2020. Mr. Leppo is to contact Pretrial Services by phone every Monday and every Friday during that time. Pretrial Services is authorized to release Mr. Leppo's passport to him. Defendant is to return it to Pretrial Services upon his return. Defendant is ordered to remain in contact with his attorney, and to appear in court for any new court date set. In all other respects, including the prohibition on contact with co-defendants, the conditions of release remain as originally set. Assistant United States Attorney Nicholas Pilchak has no objection

to the requested enlargement of bond. Pretrial Services Officer Vanessa Andrews does not oppose the requested enlargement of bond.

**IT IS SO ORDERED.**

Dated: March 10, 2020

Hon. Mitchell D. Dembin
U.S. Magistrate Judge
Southern District of California